FILED

DEC 1 4 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

W10CR288

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. |
| | * | |
| Plaintiff, | * | INDICTMENT |
| | * | |
| V. | * | [VIO: COUNT ONE: 18 U.S.C. 1028(f) {18 |
| | * | U.S.C. 1028(a)(7) and 1028(b)(1)(D)} – |
| ANGELA CUELLAR (1), | * | Conspiracy to Commit Identity Theft; |
| CHRISTINE ELIFRITZ (2), | * | COUNTS TWO, THREE, FOUR, and FIVE: |
|   aka Korean Kim, | * | 18 U.S.C. 1028A(a)(1) – Aggravated Identity |
| YOLANDA RAMOS (3), | * | Theft; COUNT SIX and COUNT SEVEN: 18 |
|   aka GiGi | * | U.S.C. 1028A(a)(1) – Aggravated Identity |
| DIANE RIVERA (4), | * | Theft; 18 U.S.C. 2 – Aiding and Abetting] |
| | * | |
| Defendants | * | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. 1028(f) {1028(a)(7) and 1028(b)(1)(D)}]

A.  INTRODUCTION

   1.   At all times relevant to this Indictment, Integrated Biometrics Technology (IBT) was a business engaged in conducting fingerprint and background security clearances for applicants.

   2.   From March 10, 2008 to July 27, 2008, Defendant ANGELA CUELLAR was employed by IBT in Waco, Texas as a Live Scan Operator.

B.  THE OBJECTS AND PURPOSES OF THE CONSPIRACY

   3.   During the course of Defendant ANGELA CUELLAR's employment at IBT, individual victims completed background security applications, known as FAST applications, which were required by licensing and certification entities such as the Texas Education Agency. The applications contained each victim's name, address, date of birth, social security number, driver's license information, and other identifying information.

4. On or about July 27, 2008, the Defendant ANGELA CUELLAR left her employment at IBT and stole thousands of the FAST applications. Pursuant to her duties at IBT, once an applicant's background check was completed, CUELLAR had a duty to destroy the application. CUELLER kept the applications, instead of destroying them, so that she could have access to the identifying information on the victim's application.

5. Defendant ANGELA CUELLER, upon leaving IBT, used, gave away, or traded victims' information so that members of the conspiracy could fraudulently obtain credit cards, goods, and services in victims' names.

6. Members of the conspiracy, including ANGELA CUELLER, CHRISTINE ELIFRITZ (aka Korean Kim), YOLANDA RAMOS (aka GiGi), and DIANE RIVERA and others, did in fact use the victims' identifying information to fraudulently obtain credit cards, open accounts, and obtain goods and services from business entities throughout the Unitedسttes.

7. Members of the conspiracy caused credit cards and merchandise to be shipped or mailed to various addresses in the Waco area in victims' names.

During the course and in furtherance of the conspiracy and in order to accomplish the objects thereof, the following overt acts, among others, were committed in the Western District of Texas and elsewhere:

a. On or about December 15, 2009, Defendant ANGELA CUELLAR obtained a fraudulent J.C. Penney account in the name of victim Julia Irvin.

b. On or about August 1, 2010, merchandise fraudulently obtained from the J.C. Penney account in the name of Julia Irvin was shipped to Defendant DIANE RIVERA's residence in Waco, Texas.

c.      On or about December 5, 2009, Defendants ANGELA CUELLER and CHRISTINE ELIFRITZ (aka Korean Kim) fraudulently obtained a Dell computer and computer equipment in the name of victim Julia Montez and caused the items to be shipped to Defendant CHRISTINE ELIFRITZ's mother's residence in Mount Calm, Hill County, Texas.

d.      On or about August 6, 2010, Defendants ANGELA CUELLER and YOLANDA RAMOS fraudulently opened an electricity account with Green Mountain Energy in the name of victim Tonya Ellis for service at a residence on Driftwood Drive in Waco, Texas where some of the Defendants were staying.

From on or about July 27, 2008, and continuing until at least November 8, 2010, the exact dates unknown to the Grand Jury, in the Western District of Texas and elsewhere, the Defendants,

**ANGELA CUELLAR,**
**CHRISTINE ELIFRITZ**
aka Korean Kim,
**YOLANDA RAMOS**
aka GiGi,
and
**DIANE RIVERA,**

and others, both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others to transfer, possess, and use in or affecting interstate or foreign commerce, without lawful authority, a means of identification of another person, to-wit: names, social security numbers, and dates of birth, with the intent to commit and in connection with an unlawful activity that constitutes a felony violation under the laws of the State of Texas, to-wit: Fraudulent Use of Identifying Information, Texas Penal Code §32.51, and as a result of the offense, obtained a thing of value aggregating $1,000 or more during any one year period, contrary to Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D) and in violation of Title 18, United States Code, Section 1028(f).

## COUNT TWO
### [18 U.S.C. 1028A(a)(1)]

On or about August 1, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendant,

**ANGELA CUELLAR,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Julia Irvin, during and in relation to a felony, in violation of Title 18, United States Code, Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT THREE
### [18 U.S.C. 1028A(a)(1)]

On or about August 6, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendant,

**ANGELA CUELLAR,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Julia Irvin, during and in relation to a felony, in violation of Title 18, United States Code, Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR
### [18 U.S.C. 1028A(a)(1)]

On or about August 1, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendant,

**ANGELA CUELLAR,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Daniel Ross Smith, during and in relation to a felony, in violation of Title 18, United States Code, Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
### [18 U.S.C. 1028A(a)(1)]

On or about August 3, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendant,

**ANGELA CUELLAR,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Natalie McDonald, during and in relation to a felony, in violation of Title 18, United States Code, Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT SIX
### [18 U.S.C. 1028A(a)(1) and 2]

On or about December 5, 2009, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendants,

**ANGELA CUELLAR,**
and
**CHRISTINE ELIFRITZ,**
aka Korean Kim,

aided and abetted by each other, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Julia Montez, during and in relation to a felony, in violation of Title 18, United States Code,

Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

## COUNT SEVEN
### [18 U.S.C. 1028A(a)(1) and 2]

In or around August, 2010, the exact date unknown to the Grand Jury, in the Western District of Texas, the Defendants,

**ANGELA CUELLAR,**
and
**YOLANDA RAMOS,**
aka GiGi,

aided and abetted by each other, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to-wit: the name, social security number, and date of birth of Tonya Ellis, during and in relation to a felony, in violation of Title 18, United States Code, Section 1341, to-wit: Mail Fraud, all in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

A TRUE BILL:

**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

FOREPERSON

JOHN E. MURPHY
United States Attorney

_Stephanie Smith-Burris_
By:   STEPHANIE SMITH-BURRIS
      Assistant United States Attorney

By:   GREGORY S. GLOFF
      Assistant United States Attorney

SEALED __X__
UNSEALED____

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __12-14-2010__    MAG CT. #_____    CASE NO **W10CR288**

COUNTY: __McLENNAN and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF and STEPHANIE SMITH-BURRIS_____

DEFENDANT: ___ANGELA CUELLER (1)___    DOB: _____

CITIZENSHIP:    United States __X__    Mexican _____    Other _____
INTERPRETER NEEDED:    Yes _____    No __X__    Language _____

DEFENSE ATTORNEY: _____
DEFENDANT IS:    In Jail __NO__    WHERE: _____
                 On Bond __NO__

PROSECUTION BY:    INFORMATION _____    INDICTMENT __X__

OFFENSE: (Code & Description) COUNT ONE: 18 U.S.C. 1028(f) [18 U.S.C. 1028(a)(7) and 1028(b)(1)(D)] – Conspiracy to Commit Identity Theft; COUNTS TWO, THREE, FOUR, and FIVE: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft; COUNTS SIX and SEVEN: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. 2 – Aiding and Abetting

OFFENSE IS:    FELONY __X__    MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not more than 15 years custody; $250,000 fine; $100 special assessment; not more than 5 years TSR; COUNTS TWO through SEVEN: Not less than 2 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 special assessment; not more than 1 year TSR

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR
                         Mandatory Minimum

REMARKS: ███████████████

SEALED __X__
UNSEALED___

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __12-14-2010__     MAG CT. #_____     CASE NO. __W10CR288__
COUNTY: __McLENNAN and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF and STEPHANIE SMITH-BURRIS_____

DEFENDANT: __CHRISTINE ELIFRITZ (2) aka Korean Kim__     DOB: _____

CITIZENSHIP:      United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED:   Yes _____        No __X__        Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO__    WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION _____   INDICTMENT __X__

OFFENSE: (Code & Description) COUNT ONE: 18 U.S.C. 1028(f) [18 U.S.C. 1028(a)(7) and 1028(b)(1)(D)] – Conspiracy to Commit Identity Theft; COUNT SIX: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. 2 – Aiding and Abetting

OFFENSE IS:        FELONY __X__        MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not more than 15 years custody; $250,000 fine; $100 special assessment; not more than 5 years TSR; COUNT SIX: Not less than 2 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 special assessment; not more than 1 year TSR

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

SEALED __X__
UNSEALED____

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __12-14-2010__     MAG CT. # _____     CASE NO **W10CR288**

COUNTY: __McLENNAN and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF and STEPHANIE SMITH-BURRIS_____

DEFENDANT: ___YOLANDA RAMOS (3) aka GiGi___     DOB: _____

CITIZENSHIP:        United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED: Yes _____        No __X__          Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO__    WHERE: _____
                On Bond __NO__

PROSECUTION BY:     INFORMATION _____          INDICTMENT __X__

OFFENSE: (Code & Description) COUNT ONE: 18 U.S.C. 1028(f) [18 U.S.C. 1028(a)(7) and 1028(b)(1)(D)] – Conspiracy to Commit Identity Theft; COUNT SEVEN: 18 U.S.C. 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. 2 – Aiding and Abetting

OFFENSE IS:         FELONY __X__            MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not more than 15 years custody; $250,000 fine; $100 special assessment; not more than 5 years TSR; COUNT SEVEN: Not less than 2 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 special assessment; not more than 1 year TSR

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR
                          Mandatory Minimum

REMARKS: ███████████████████████████

SEALED __X__
UNSEALED____

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: __12-14-2010__   MAG CT. #_____   CASE NO **W10CR288**

COUNTY: __McLENNAN and elsewhere__

JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF and STEPHANIE SMITH-BURRIS_____

DEFENDANT: __DIANE RIVERA (4)__   DOB: _____

CITIZENSHIP:   United States __X__   Mexican _____   Other _____
INTERPRETER NEEDED:  Yes _____   No __X__   Language _____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __NO__   WHERE: _____
                On Bond __NO__

PROSECUTION BY:   INFORMATION _____   INDICTMENT __X__

OFFENSE: (Code & Description) COUNT ONE: 18 U.S.C. 1028(f) [18 U.S.C. 1028(a)(7) and 1028(b)(1)(D)] – Conspiracy to Commit Identity Theft

OFFENSE IS:   FELONY __X__   MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not more than 15 years custody; $250,000 fine; $100 special assessment; not more than 5 years TSR

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: ███████████████